NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

AUG 15 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MIGUEL ANGEL QUIJOSA, | No.    15-72816 |
| Petitioner, | Agency No. A205-065-550 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 9, 2017**

Before:     SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

Miguel Angel Quijosa, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reconsider. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of

discretion the BIA's denial of a motion to reconsider, *Cano-Merida v. INS*, 311

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

F.3d 960, 964 (9th Cir. 2002), and we deny the petition for review.

The BIA did not abuse its discretion in denying the motion to reconsider as untimely where Quijosa's filed the motion over seven months after the filing deadline. *See* 8 U.S.C. § 1229a(c)(6)(B) (setting a 30 day deadline for motions to reconsider).

We do not consider Quijosa's contentions relating to the agency's underlying denial of cancellation of removal. We previously addressed the agency's denial of relief in *Quijosa v. Holder*, No. 13-73669 (9th Cir. Feb. 25, 2014) (Order).

**PETITION FOR REVIEW DENIED.**